# EXHIBIT 2

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT3283183

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| TERRY J LAVERGNE | 03/26/2015 |

### RECEIVING PARTY DATA

| Name: | TOTAL REBUILD INC. |
|---|---|
| Street Address: | 700 EAST VEROT SCHOOL ROAD |
| City: | LAFAYETTE |
| State/Country: | LOUISIANA |
| Postal Code: | 70508 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 8146428 |

### CORRESPONDENCE DATA

Fax Number: (337)233-0694

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 337-233-0300  
Email: ip@dmsfirm.com  
Correspondent Name: WILLIAM W. STAGG  
Address Line 1: 220 HEYMANN BLVD  
Address Line 4: LAFAYETTE, LOUISIANA 70503

| NAME OF SUBMITTER: | WILLIAM W. STAGG |
|---|---|
| SIGNATURE: | /William W. Stagg/ |
| DATE SIGNED: | 03/26/2015 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

Total Attachments: 2  
source=Patent Assignment (Terry Lavergne)#page1.tif  
source=Patent Assignment (Terry Lavergne)#page2.tif

## PATENT ASSIGNMENT

WHEREAS, **Terry J. Lavergne**, 2808 West Pinhook Road, Lot 47, Lafayette, LA 70508 (hereinafter referred to as Assignor), has invented a certain invention entitled "**Safety System**", hereinafter the "Invention", for which a United States Patent 8,146,428 B2 has been issued, hereinafter the "Patent"; and

WHEREAS, **Total Rebuild Inc.**, 700 East Verot School Road, Lafayette, LA 70508, hereafter "Assignee", who desires to acquire Assignor's ownership interest in said Invention and said Patent and to accept such transfer, sale, assignment, and delivery; and

WHEREAS, Assignor, **Terry J. Lavergne**, desires to assign the rights of Assignee and to transfer, sell, assign, and deliver any and all rights that he has or may have in and to said Invention and said Patent, worldwide, to Assignee, **Total Rebuild Inc.**; and

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by Assignee to Assignors of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby sells, assigns, and transfers to Assignee the full and exclusive worldwide right, title and interest in and to said Invention and said Patent, and in and to any continuation, division, renewal, substitute, or reissue thereof, for the full term or terms for which the same may be granted.

Assignor hereby covenant that he is the sole inventor of said Invention and said Patent and that he has made no assignment, sale, agreement, or other encumbrance of said Invention and said Patent that would conflict with this assignment and sale;

Assignor further covenants that he, upon the request of Assignee, will promptly provide Assignee with all pertinent facts and documents relating to said application, said Invention and said Patent as may be known and accessible to him, and that he will testify as to the same in any interference or litigation related thereto, and that he will promptly execute and deliver to Assignee or its legal representative any and all papers, instruments or affidavits required to apply for, obtain, maintain and enforce said Patent and said Invention that may be necessary or desirable to carry out the purposes hereof.

Assignor further agrees that this Assignment may be executed by him in counterparts and that each such counterpart shall have the same effect as if he had signed the same instrument.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

Date: 3/26/2015

_____
Terry J. Lavergne, Assignor

Total Rebuild, Inc., Assignee

Date: 3/26/2015

_____
Terry J. Lavergne, Director

STATE OF LOUISIANA
PARISH OF LAFAYETTE

This 26 day of March, 2015 before me, Notary, personally appeared Terry J. Lavergne, by me personally known, who acknowledged the foregoing instrument by him subscribed to be his free act and deed.

_____
Notary Public

CHASE A. MANUEL
Notary Public
State of Louisiana
Lafayette Parish
Notary ID # 136493
My Commission is for Life