UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TOTAL REBUILD INC | CASE NO. 6:15-CV-01855 |
| VERSUS | JUDGE DOHERTY |
| P H C FLUID POWER L L C | MAGISTRATE JUDGE WHITEHURST |

MINUTES OF COURT:
Non-Evidentiary

| | | | |
|---|---|---|---|
| Date: | July 11, 2017 | Presiding: | Magistrate Judge Carol B. Whitehurst |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 10:18 a.m. | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 00:18 | Courtroom: | CR6 |

APPEARANCES

| | | |
|---|---|---|
| William Winfield Stagg   (RET) | For | Total Rebuild Inc |
| Chase Anders Manuel | For | Total Rebuild Inc |
| Warner J Delaune Jr | For | P H C Fluid Power L L C |
| Nicholas R Valenti   (RET) | For | P H C Fluid Power L L C |
| Samuel F Miller   (RET) | For | P H C Fluid Power L L C |

PROCEEDINGS

**CASE CALLED FOR ORAL ARGUMENT**

This matter came before the court for hearing on the Motion for Order to Show Cause, Motion/Request for Certification of Facts (Record doc. 114) and Motion to Compel Discovery Responses from Total Rebuild Inc, Motion for Attorney Fees (Record doc. 115) filed by P H C Fluid Power LLC.

IT IS ORDERED that attorney's fees associated with [99] Memorandum Ruling and Order are due by August 11, 2017.

IT IS FURTHER ORDERED that the [114] Motion for Order to Show Cause, Motion/Request for Certification of Facts is DENIED.

IT IS FURTHER ORDERED that [115] Motion to Compel Discovery Responses from Total Rebuild Inc, Motion for Attorney's Fees is GRANTED IN PART and DENIED IN PART as follows:

      As to request (1) that Total Rebuild certify that it has produced all quotes and invoices for Total systems offered for sale or sold prior to August 7, 2007 that are in its possession, custody, or control is GRANTED. Certification due by July 21, 2017 along with the responses regarding the forensic exam.

      Requests (2) and (4) are DENIED AS MOOT as parties have indicated that those matters have been resolved.

      Request (3) that Total Rebuild be ordered to supplement its response to Interrogatory 15 is DENIED. Total Rebuild is to supplement their responses once information becomes available.

      Request (5) that Total Rebuild pay attorneys' fees is DENIED.

      The Court admonished both parties regarding their behavior in the discovery process, and encouraged the parties to cooperate from this point forward. The Court further indicated that all future Motions to Compel filed will be handled in the same fashion as this matter.

      Signed July 12, 2017, at Lafayette, Louisiana.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**