## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**Total Rebuild Inc.**                          **CIVIL ACTION NO. 6:15-1855**

**VERSUS**                                       **JUDGE BRIAN JACKSON**

**PHC Fluid Power, LLC**                         **MAGISTRATE JUDGE WHITEHURST**

## ORDER

The undersigned conducted a telephone conference with the parties on December 19, 2019 to discuss the pending Motion to Compel and for Sanctions filed by Total Rebuild [Doc. 156]. After discussion with counsel,

It was ORDERED that the Motion to Compel and for Sanctions be DENIED.

Thus done and signed this 23rd day of January, 2019 at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE