UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **TOTAL REBUILD, INC.** | * | CIVIL ACTION NO. 6:15-CV-01855 |
| **VERSUS** | * | JUDGE TERRY A. DOUGHTY |
| **PHC FLUID POWER, LLC** | * | MAG. JUDGE CAROL B. WHITEHURST |

**O R D E R**

For the reasons set forth in the Ruling of the Court,

**IT IS ORDERED** that the following Claim Constructions are **ADOPTED** by the Court:

(1) The Court construes the term **"explosion-proof safety housing"** to mean **"housing, bunker, or enclosure able to withstand and confine shock pressure, pressure blasts, flying fragments or debris, and energy resulting from combustion or release of elastic energy stored in a compressible fluid."**

(2) The Court construes the term **"closeable access opening in said housing"** to mean **"a door in the housing which may be opened and closed for inserting a high-pressure device for testing."**

(3) In light of the evidence, the Court finds that the phrase **"means within said housing for coupling said high-pressure pneumatics testing equipment to said high-pressure device for testing"** is governed by 35 U.S.C. § 112, ¶ 6, and construes the phrase as follows:

**Function:** Coupling the high-pressure pneumatics testing equipment to the high-pressure device for testing.

**Corresponding Structure:** Plumbing and hoses and equivalents thereof.

(4) In light of the evidence, the Court finds that the phrase **"means linking said high-pressure pneumatics testing equipment to said control panel for operating said high-pressure pneumatics testing equipment"** is governed by 35

U.S.C. § 112, ¶ 6, and construes the phrase as follows:

**Function: Linking the high-pressure pneumatics testing equipment to the control panel to operate the high-pressure pneumatics testing equipment.**

**Corresponding Structure: Pump on/off switch, air regulator, ball valve, filter, adjustable resistor, tubing capable of communicating pressure and equivalents thereof.**

(5) In light of the evidence, the Court finds that the phrase **"means for monitoring and recording [of] the operation of said high-pressure pneumatics testing equipment"** is governed by 35 U.S.C. § 112, ¶ 6, and construes the phrase as follows:

**Function: Monitoring and recording the operation of the high-pressure pneumatics testing equipment.**

**Corresponding Structure: Gauges and chart recorders connected to the control panel and equivalents thereof.**

(6) The Court construes the term **"stationary"** to means **"relatively non-movable or substantially fixed in place."**

**IT IS FURTHER ORDERED** that the parties are ordered not to refer directly or indirectly, to each other's claim construction positions in the presence of the jury. Likewise, the parties are ordered to refrain from mentioning any part of this opinion, other than the definitions adopted by the Court, in the presence of the jury. However, the parties are reminded that the testimony of any witness is bound by the Court's reasoning in this order but any reference to claim construction proceedings is limited to informing the jury of the definitions adopted by the Court.

MONROE, LOUISIANA, this 10th day of June, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**