# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CASE NO. 6:15-CV-1855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, L.L.C.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## ORDER

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Defendant's Motion *in Limine* [Doc. No. 207], and Defendant's Motion *in Limine* [Doc. No. 209] are **DENIED IN PART** and **GRANTED IN PART**. Defendant's motions are **GRANTED** to the extent that Plaintiff's evidence is based on an infringement theory not identified with sufficient specificity in Plaintiff's original infringement contentions, first supplemental infringement contentions, or second supplemental infringement contentions. Defendant's motions are **DENIED** to the extent that Plaintiff's evidence is based on an infringement theory that can be identified with sufficient specificity in Plaintiff's original infringement contentions, first supplemental infringement contentions, or second supplemental infringement contentions.

Monroe, Louisiana, this 10th day of June, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**