# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CIVIL ACTION NO. 6:15-01855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, LLC** | **MAG. JUDGE CAROL WHITEHURST** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Defendant PHC Fluid Power, LLC's Motion for Leave to File a Reply in Support of its Motion in Limine Regarding Accused Systems [Doc. No. 324] is **DENIED**.

Monroe, Louisiana, this 27th day of August, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE