UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CASE NO. 6:15-CV-1855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, L.L.C.** | **MAG. JUDGE CAROL B. WHITEHURST** |

### ORDER

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Defendant's Motion *in Limine* [Doc. No. 290] is **DENIED IN PART** and **GRANTED IN PART**. Defendant's motion is **GRANTED** to the extent that the pump or pumps of an accused system is located outside the recited "explosion-proof safety housing." Plaintiff is precluded from asserting such a system infringes the '428 Patent. Defendant's motion is **DENIED** to the extent that the pump or pumps of an accused system are located inside the recited "explosion-proof safety housing." Plaintiff is not precluded from asserting such a system infringes the '428 Patent.

Monroe, Louisiana, this 29th day of August, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**