UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CASE NO. 6:15-CV-1855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, L.L.C.** | **MAG. JUDGE CAROL B. WHITEHURST** |

**ORDER**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendant's Motion *in Limine* [Doc. No. 296] is DENIED IN PART and GRANTED IN PART. Defendant's motion is DENIED to the extent that Plaintiff previously identified a specific system. Specifically, Plaintiff is not precluded or excluded form accusing the following systems:

1. Cameron Black (PHC-TB-30-W-ASF100-HSF302-RC to Cameron);

2. Cameron North Dakota (PHC-TB-23-W-ATV4-HSF202-RV-RC to Cameron a/k/a PHC-PS-23-W-ATV4-HSF202-RV-RC);

3. Well Dynamics (PHC-TB-15-W-ASFB10-ASF150-RC-CR-SPCL);

4. GE Oil (PHC-TB-23-W-ATV4-HSF202-4RC to GE a/k/a PHC-PS-23-W-ATV4-HSF202-RC);

5. Baker Hughes Emmott (PHC-TB-15-W-ATV4-GSF100-AGT62-152-RC to Baker Hughes);

6. Cameron Brown (PHC-TB-15-W-ASFB22-HSF202-RC to Cameron);

7. GE Canton (PHC-TB-20-W-ATV4-HSF202-RC to GE);

8. Baker Ok Long (PHC-TB-15-W-ATV4-GSF100-ASF150-DL-1 to Baker Hughes Oklahoma); and

9. Baker Ok Short (PHC-TB-10-W-ATV-GSF100-DL-1 to Baker Hughes Oklahoma).

Defendant's motion is GRANTED to the extent that a system was not specifically identified by Plaintiff, and is not included on the list above.

To be clear, inclusion of a system on this list does not mean that Plaintiff is now allowed to assert new infringement theories that were previously struck by the Court. In other words, this Order does not supersede or revoke the Court's previous Rulings and Orders regarding Plaintiff's Third Infringement Contentions, and Systems with Testing Equipment Outside of the Housing. *See, e.g.,* Doc. Nos. 263, 282, 283, 327, 328.[1]

Monroe, Louisiana, this 9th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] It is the Court's understanding that the parties agree on which systems on the list have been previously excluded by the Court. *See, e.g.,* Doc. No. 296-1 at 14 n.5, Doc. No. 331 at 1 n.1.