# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CASE NO. 6:15-CV-1855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, L.L.C.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Plaintiff Total Rebuild, Inc.'s Motion to Set Hearing on Defendant's Rule 11 Motion [Doc. No. 396] is **DENIED**.  The parties may submit any proposed testimony by Affidavits.

**Monroe, Louisiana,** this 18th day of September, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**