UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CASE NO. 6:15-CV-1855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, L.L.C.** | **MAG. JUDGE CAROL B. WHITEHURST** |

**ORDER**

Pending before the Court is STEVEN DURIO, WILLIAM STAGG, RYAN GOUDELOCKE, CHASE MANUEL and DURIO MCGOFFIN STAGG & ACKERMAN, PC ("Moving Parties") Motion to substitute counsel [Doc. No. 409]. The Moving Parties motion to substitute counsel is **GRANTED IN PART** and **DENIED IN PART**.

The Court GRANTS substituting JAMES H. GIBSON, CHARLES M. KREAMER and ALAN W. STEWART as counsel of record for STEVEN DURIO, WILLIAM STAGG, RYAN GOUDELOCKE, CHASE MANUEL and DURIO MCGOFFIN STAGG & ACKERMAN, PC to defend against the sanctions motions filed by PHC.

Regarding Defendant's Motion for Rule 11 Sanctions and Other Relief (Doc. No. 332), the Court notes that the matter was fully briefed on September 9, 2019. On September 18, 2019, the Court denied Plaintiff's Motion to Set Hearing on Defendant's Rule 11 Motion, and allowed the parties to submit any proposed testimony by affidavits. (Doc. No. 398). The Court set the deadline for filing affidavits to September 25, 2019. (Doc. No. 403 at 1). The Court hereby extends the deadline for filing affidavits related to Defendant's Motion for Rule 11 Sanctions and Other Relief (Doc. No. 332) to **October 10, 2019.** However, to the extent that the Moving Parties are requesting to submit additional briefing addressing arguments raised in Defendant's Motion for Rule 11 Sanctions (Doc. No. 332), the Moving Parties motion is **DENIED**.

Regarding the other sanction motions, all respondents to Defendant PHC Fluid Power, LLC's

Motion for Attorney Fees under 35 U.S.C. § 285 [Doc. No. 399] and Motion for Attorney Fees under 28 U.S.C. § 1927 [Doc. No. 401] have until **October 10, 2019** to file opposition memorandum and affidavits. If Defendant wishes to file replies in support of its motions, it must do so no later than **October 15, 2019.**

    Monroe, Louisiana, this 25th day of September, 2019.

                                      **TERRY A. DOUGHTY**
                                      **UNITED STATES DISTRICT JUDGE**