UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TOTAL REBUILD, INC.** | **CASE NO. 6:15-CV-1855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHC FLUID POWER, L.L.C.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Plaintiff Total Rebuild, Inc.'s Motion for Hearing/Oral Argument as to PHC's Motion Under 35 U.S.C. § 285 [Doc. No. 434] is **DENIED** at this time. Should the Court determine at a later date that a hearing or oral argument would be beneficial, it will notify the parties.

**Monroe, Louisiana,** this 28th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE